IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEONARDO GARZA,<br><br>　　　　Defendant. | No. CR 11-00005 LHK<br><br>[~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing in the above-captioned matter, currently scheduled for Wednesday, December 14, 2011, shall be continued to Wednesday, February 15, 2012, at 10:00 a.m.

It is further ordered that the time through and including Wednesday, February 15, 2012, shall be excluded from the computation of the time within which trial shall commence, as the reasonable time necessary for continuity and effective preparation of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: December 13, 2011

*Lucy H. Koh*
_____
HON. LUCY H. KOH
United States District Judge