GEOFFREY A. HANSEN
Acting Federal Public Defender
HEATHER R. ROGERS
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LEONARDO GARZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00005 LHK |
| Plaintiff, | STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING HEARING DATE |
| vs. | |
| LEONARDO GARZA, | |
| Defendant. | |

**STIPULATION**

Defendant Leonardo Garza, by and through Assistant Federal Public Defender Heather R. Rogers, and the United States, by and through Assistant United States Attorney Jeffrey Schenk hereby stipulate that, with the Court's approval, the status hearing currently set for February 15, 2012, at 10:00 a.m., before the Honorable Lucy H. Koh, shall be continued to March 14, 2012, at 10:00 a.m.

The reason for the requested continuance is that defense counsel recently took over the case, and requires additional time to effectively prepare—in particular, to review discovery, research legal issues, consult with Mr. Garza, and negotiate a proposed settlement.  The parties therefore respectfully request a continuance to March 14, 2012, at 10:00 a.m.

Stipulation and [P~~roposed~~] Order Continuing
Hearing, 11-00005 LHK                                                    1

The parties agree that the time between February 15, 2012, and March 14, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

Dated: February 13, 2012

_____/s/_____
HEATHER ROGERS
Assistant Federal Public Defender

Dated:  February 13, 2012

_____/s/_____
JEFFREY SCHENK
Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for February 15, 2012, at 10:00 a.m., before the Honorable Lucy H. Koh, shall be continued to March 14, 2012, at 10:00 a.m.

THE COURT FINDS that failing to exclude the time between February 15, 2012, and March 14, 2012, would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between February 15, 2012, and March 14, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between February 15, 2012, and March 14, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//

IT IS SO ORDERED.

Dated:   2/14/12

_____
HON. LUCY H. KOH
United States Magistrate Judge