IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00005 LHK |
| ) Plaintiff, ) | [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING |
| vs. ) | |
| LEONARDO GARZA, ) | |
| Defendant. ) | |
| _____ ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently set for Wednesday, May 30, 2012, shall be continued to Wednesday, June 20, 2012, at 9:00 a.m.

Dated: May  8 , 2012

_____
HON. LUCY H. KOH
United States District Judge

[Proposed] Order to Continue Sentencing Hearing
CR11-00005 LHK                                                          1